UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| EFREN REYES-CASTRO, SEBASTIAN GUZMAN-MENDEZ, RODOLFO NUNEZ, ALEJANDRO REYES-CASTRO, TEOFILO R. VELASQUEZ CRISOTOMO and all similarly situated individuals,<br><br>          Plaintiffs,<br><br>     v.<br><br>IMPACT LANDSCAPING & IRRIGATION, LLC<br><br>          Defendant. | CASE NO. 2:12-cv-14429-JEM |

**PROPOSED ORDER ON JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENTS AND STIPULATION OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE,** having come before this Honorable Court upon the Parties' Joint Motion for Approval of FLSA Settlements and Stipulation of Dismissal with Prejudice, and being otherwise duly advised on the premises, it is

**ORDERED AND ADJUDGED** that the Joint Motion for Approval of FLSA Settlements and Stipulation of Dismissal with Prejudice is hereby **DENIED/GRANTED**.

SIGNED this the ____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

Copies Sent to:

Desirée C. Henderson, Esq.
Jeffrey B. Jones, Esq.
Yolando Hewling, Esq.
Alan Aronson, Esq.
Firmwide:122727061.1 073524.1001